| Fill in this information to identify the case: |
| --- |
| Debtor name **Bronco Trucking, LLC** |
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): **24-51118** |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/01/2024**
MM/ DD/ YYYY

X **/s/ Luis J. Poblete**
Signature of individual signing on behalf of debtor

**Luis J. Poblete**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name  **Bronco Trucking, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **24-51118**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Capital One** | **Checking account** | **0  4  5  6** | $3,611.47 |
| 3.2. **Bank of America** | **Checking account** | **6  9  8  6** | $0.00 |
| 3.3. **Bank of America** | **Checking account** | **6  9  6  0** | $1,000.00 |
| 3.4. **Bank of America** | **Checking account** | **3  3  7  9** | $3,611.47 |
| 3.5. **Bank of America** | **Checking account** | **0  6  5  1** | $0.00 |
| 3.6. **First Commercial Bank** | **Checking account** | **6  3  4  8** | $613,817.71 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$622,040.65**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* **24-51118** |
|---|---|---|
| | Name | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| | 7.1 | |
| | 7.2 | |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| | 8.1  **Wex Bank/ Wex Inc** | **$50,000.00** |
| 9. | **Total of Part 2** | **$50,000.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | **unknown** - **unknown** =..... ➡ | | **$320,000.00** |
| | | face amount      doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | - =..... ➡ | | |
| | | face amount      doubtful or uncollectible accounts | | |
| 12. | **Total of Part 3** | | | **$320,000.00** |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 | | |
| | 14.2 | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | **24-51118** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____

   16.2 _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   [ _____ ]

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   [ _____ ]

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* __24-51118__ |
|---|---|---|
| | Name | |

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.         _____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | 24-51118 |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 3 Desks - ($360), 3 Office Chairs - ($150), 5 Small Cabinets - ($175), 2 Medium Cabinets - ($110), 2 Wooden Shelves - ($30), Whiteboard - ($20), 4 Room Dividers - ($950) | unknown | | $1,795.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 48 Ft Container | unknown | | $3,000.00 |
| 49 Ft Container | unknown | | $3,000.00 |
| 50 Ft Container | unknown | | $3,000.00 |
| Mini fridge - ($35), Microwave - ($20), Coffee maker - ($20) | unknown | | $75.00 |
| 3 Desktop Computers - ($300), 3 Monitors - ($150), 2014 Brother Printer - ($30) | unknown | | $480.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | |
|---|---|---|---|
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

| | $11,350.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | 24-51118 |
|---|---|---|---|
| | Name | | |

| 46. | **Does the debtor own or lease any machinery, equipment, or vehicles?** | | | |
|---|---|---|---|---|

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 47.1 | **2003 Freightliner COLUMBIA /** VIN: 1FVJA6CGX3LK75590<br>Unit No 586 | unknown | | $5,000.00 |
| 47.2 | **2018 Freightliner CASCADIA /** VIN: 3ALXGF003JDJS7528<br>Unit No 706 | unknown | | $35,000.00 |
| 47.3 | **2019 Freightliner CASCADIA /** VIN: 3ALXGF002KDKN7849<br>Unit No 709 | unknown | | $35,000.00 |
| 47.4 | **2016 Freightliner CL 120G /** VIN: 3ALXA7005GDGX7011<br>Unit No 710 | unknown | | $20,000.00 |
| 47.5 | **2016 Freightliner CASCADIA /** VIN: 3ALXA700XGDGX6761<br>Unit No 711 | unknown | | $20,000.00 |
| 47.6 | **2020 Freightliner CASCADIA /** VIN: 3ALXGF001LDLW5638<br>Unit No 712 | unknown | | $40,000.00 |
| 47.7 | **2020 Freightliner CASCADIA /** VIN: 3ALXGF003LDLW5639<br>Unit No 713 | unknown | | $40,000.00 |
| 47.8 | **2020 Freightliner CASCADIA /** VIN: 3ALXGF008LDLW5670<br>Unit No 714 | unknown | | $40,000.00 |
| 47.9 | **2020 Freightliner CASCADIA /** VIN: 3ALXGF00XLDLW5671<br>Unit No 715 | unknown | | $40,000.00 |
| 47.10 | **2018 Freightliner CORONADO /** VIN: 3ALXFB009JDJT4060<br>Unit No 716 | unknown | | $25,000.00 |
| 47.11 | **2015 Freightliner CORONADO /** VIN:<br>3ALXFB001FDGD1349 Unit No 717 | unknown | | $25,000.00 |
| 47.12 | **2016 Freightliner CORONADO /** VIN:<br>3ALXA7CG8GDGT8650 Unit No 718 | unknown | | $30,000.00 |
| 47.13 | **2017 Freightliner CORONADO /** VIN:<br>3ALXFB000HDJD0193 Unit No 719 | unknown | | $33,000.00 |
| 47.14 | **2018 Freightliner CORONADO /** VIN: 3ALXFB00XJDJP9511<br>Unit No 720 | unknown | | $35,000.00 |
| 47.15 | **2019 Freightliner CORONADO /** VIN:<br>3ALXFB005KDKJ7809 Unit No 721 | unknown | | $37,000.00 |
| 47.16 | **2019 Freightliner CORONADO /** VIN:<br>3ALXFB001KDKJ7810 Unit No 722 | unknown | | $40,000.00 |
| 47.17 | **2018 Freightliner CORONADO /** VIN: 3ALXFB000JDJU3892<br>Unit No 723 | unknown | | $40,000.00 |

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* 24-51118 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.18 | **2016 Freightliner CORONADO / VIN:** 3ALXFB006GDGX6289 Unit No 724 | unknown | $25,000.00 |
| 47.19 | **2017 Freightliner CORONADO / VIN:** 3ALXFB000HDJG1282 Unit No 725 | unknown | $35,000.00 |
| 47.20 | **2005 Kenworth / VIN: 1XKWDB9X75J088190 Unit No 734** | unknown | $20,000.00 |
| 47.21 | **2017 Peterbilt / VIN: 1NPBGGGGX0D455651 Unit No 800** | unknown | $40,000.00 |
| 47.22 | **2004 Toyota Matrix / VIN: 2TIKR32E44C220438** | unknown | $2,000.00 |
| 47.23 | **2015 Chevrolet Silverado / VIN: B1GC1KUEG6FF542477** | unknown | $15,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | **2015 Utility Trailer Manufacturer / VIN:** 1UYVS2533FM332337 Unit No 2337 | unknown | $15,000.00 |
| 48.2 | **2021 Utility Trailer Manufacturer / VIN:** 3UTVS253XM8242604 Unit No 2604 | unknown | $35,000.00 |
| 48.3 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2534L8892723 Unit No 2723 | unknown | $30,000.00 |
| 48.4 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2533L8892812 Unit No 2812 | unknown | $30,000.00 |
| 48.5 | **2018 Utility Trailer Manufacturer / VIN:** 1UYVS2539J2076807 Unit No 6807 | unknown | $25,000.00 |
| 48.6 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2535L8892813 Unit No 2813 | unknown | $30,000.00 |
| 48.7 | **2018 Utility Trailer Manufacturer / VIN:** 1UYVS2536J2076814 Unit No 6814 | unknown | $25,000.00 |
| 48.8 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2534L8011017 Unit No 1017 | unknown | $30,000.00 |
| 48.9 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2537L8892814 Unit No 2814 | unknown | $30,000.00 |
| 48.10 | **2018 Utility Trailer Manufacturer / VIN:** 1UYVS2538J2076913 Unit No 6913 | unknown | $25,000.00 |
| 48.11 | **2018 Utility Trailer Manufacturer / VIN:** 1UYVS253XJ2076914 Unit No 6914 | unknown | $25,000.00 |
| 48.12 | **2020 Utility Trailer Manufacturer / VIN:** 3UTVS2533L8798722 Unit No 8722 | unknown | $48,000.00 |
| 48.13 | **2022 Utility Trailer Manufacturer / VIN:** 3UTVS2537N8514429 Unit No 4429 | unknown | $60,000.00 |
| 48.14 | **2022 Utility Trailer Manufacturer / VIN:** 3UTVS2533N8514430 Unit No 4430 | unknown | $60,000.00 |

| 48.152 | 2024 Utility Trailer Manufacturer / vin | unknown | $80,000.00 |
| | 3UTVS2531R8006916 Unit No 6916 | | |

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* __24-51118__ |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 48.16 | **2024 Utility Trailer Manufacturer / VIN:** 3UTVS2533R8006917 Unit No 6917 | unknown | **$80,000.00** |
| 48.17 | **2024 Utility Trailer Manufacturer / VIN:** 3UTVS2535R8006918 Unit No 6918 | unknown | **$80,000.00** |
| 48.18 | **2024 Utility Trailer Manufacturer / VIN:** 3UTVS2537R8006919 Unit No 6919 | unknown | **$80,000.00** |
| 48.19 | **2024 Utility Trailer Manufacturer / VIN:** 3UTVS2533R8006920 Unit No 6920 | unknown | **$80,000.00** |
| 48.20 | **2022 Utility Trailer Manufacturer / VIN:** 3UTVS2536N8617311 Unit No 7311 | unknown | **$60,000.00** |
| 48.21 | **2022 Utility Trailer Manufacturer / VIN:** 3UTVS253XN8747513 Unit No 7513 | unknown | **$60,000.00** |
| 48.22 | **2022 Utility Trailer Manufacturer / VIN:** 3UTVS2531N8747514 Unit No 7514 | unknown | **$60,000.00** |
| 48.23 | **2015 Utility Trailer Manufacturer / VIN:** 1UYVS2539FM332214 Unit No 2214 | unknown | **$15,000.00** |
| 48.24 | **2015 Utility Trailer Manufacturer / VIN:** 1UYVS2534FM332217 Unit No 2217 | unknown | **$15,000.00** |
| 48.25 | **2015 Utility Trailer Manufacturer / VIN:** 1UYVS2535FM332307 Unit No 2307 | unknown | **$15,000.00** |

49. **Aircraft and accessories**

49.1 _____ _____ _____ _____

49.2 _____ _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ _____ _____ _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| **$1,770,000.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Bronco Trucking, LLC** _____     Case number *(if known)* **24-51118** _____
　　　　　Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     ┌──────────┐
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　└──────────┘

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** website and domain name _____ | unknown | _____ | unknown |
| 62.  **Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** Customer and Vendor List _____ | unknown | _____ | unknown |
| 64.  **Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |

Debtor  **Bronco Trucking, LLC**
_____
Name

Case number *(if known)* **24-51118**
_____

---

65. **Goodwill**

_____     _____     _____     _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____     _____  –  _____  =→  _____
                          Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

_____     _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     _____

**Nature of claim**     _____

**Amount requested**     _____

---

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | **24-51118** |
|---|---|---|---|
| | Name | | |

---

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|

    **Eduardo Castillo still owes for repairs**      $22,939.00

    **Nature of claim**

    **Amount requested**      **unknown**

    **Rogelio Cantu owes for repairs and truck principal and outstanding.**      $28,396.00

    **Nature of claim**

    **Amount requested**      **unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.      $51,335.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | 24-51118 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $622,040.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $320,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,770,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $51,335.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $2,824,725.65 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $2,824,725.65 |

**Fill in this information to identify the case:**

Debtor name     **Bronco Trucking, LLC**

United States Bankruptcy Court for the:     **Western**     District of     **Texas**
(State)

Case number (if known):     **24-51118**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1** **Creditor's name**

**AMUR EQUIPMENT FINANCE INC**

| | $161,163.70 | $70,000.00 |
|---|---|---|

**Creditor's mailing address**

**304 W 3rd St**

**Grand Island, NE 68801-5941**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     **6  3  1  7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2017 Freightliner CORONADO, 2018 Freightliner CASCADIA

**Describe the lien**

**Capital Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,928,207.63

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) __24-51118__ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2 Creditor's name**

**BALBOA CAPITAL CORPORATION**

**Creditor's mailing address**

**575 Anton Blvd Fl 12**

**Costa Mesa, CA 92626-7169**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __1__ __0__ __0__ __1__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Utility Trailer Manufacturer     **$31,825.86**     **$25,000.00**

**Describe the lien**

**Captial Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) **24-51118** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3 Creditor's name**

**BALBOA CAPITAL CORPORATION**

**Creditor's mailing address**

**575 Anton Blvd Fl 12**

**Costa Mesa, CA 92626-7169**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **1  0  0  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Chevrolet Silverado

**Describe the lien**

**Capital Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$16,303.93**

**$15,000.00**

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**BALBOA CAPITAL CORPORATION**

**Creditor's mailing address**

**575 Anton Blvd Fl 12**

**Costa Mesa, CA 92626-7169**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **1  0  0  3**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Peterbilt

**Describe the lien**

Capital Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$76,420.36     $40,000.00

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**BALBOA CAPITAL CORPORATION**

**Creditor's mailing address**

**575 Anton Blvd Fl 12**

**Costa Mesa, CA 92626-7169**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      **1   0   0   4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Utility Trailer Manufacturer, 2015 Utility Trailer Manufacturer, 2015 Utility Trailer Manufacturer, 2015 Utility Trailer Manufacturer

**Describe the lien**

Capital Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$175,225.44      $60,000.00

| Debtor | Bronco Trucking, LLC | Case number (if known) | 24-51118 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

**Bexar County Assessor Col.**

Describe debtor's property that is subject to a lien

Column A: **unknown**   Column B: **unknown**

Creditor's mailing address

**Don Stecker, Linebarger Googan**

**112 E Pecan St Ste 2200**

**San Antonio, TX 78205-1588**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Bronco Trucking, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 24-51118 |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.7** **Creditor's name**

BMO Harris Bank N.A. ISAOA

**Creditor's mailing address**

3925 Fountains Blvd Ne Ste 105

Cedar Rapids, IA 52411-6620

**Creditor's email address, if known**

**Date debt was incurred** 2/4/2020

**Last 4 digits of account number** 9 0 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Utility Trailer Manufacturer. 2020 Utility Trailer Manufacturer

                                                $39,081.08       $60,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** Creditor's name

**BMO Harris Bank N.A. ISAOA**

Creditor's mailing address

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

Creditor's email address, if known

Date debt was incurred     **2/4/2020**

Last 4 digits of account number     **0   0   0   1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Freightliner CASCADIA                    **$33,703.09**     **$35,000.00**

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Bronco Trucking, LLC | Case number (if known) | 24-51118 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

BMO Harris Bank N.A. ISAOA

**Creditor's mailing address**

3925 Fountains Blvd Ne Ste 105

Cedar Rapids, IA 52411-6620

**Creditor's email address, if known**

| **Date debt was incurred** | 6/4/2020 |
|---|---|

| **Last 4 digits of account number** | 0 0 0 2 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Utility Trailer Manufacturer      $25,593.88      $30,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Creditor's email address, if known**

**Date debt was incurred**     **6/29/2020**

**Last 4 digits of account number**     **3  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Utility Trailer Manufacturer

**Describe the lien**

**Loan and Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$26,879.40

$30,000.00

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) __24-51118__ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Describe debtor's property that is subject to a lien**

2021 Utility Trailer Manufacturer

**$24,602.53**     **$35,000.00**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     __7/24/2020__

**Last 4 digits of account number**     **3  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**
**BMO Harris Bank N.A. ISAOA**

**Creditor's mailing address**
**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Creditor's email address, if known**

Date debt was incurred     __9/13/2021__

Last 4 digits of account     **1  0  0  1**
number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2016 Freightliner CORONADO                          $44,508.81            $30,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

<table>
<tr><td></td><td></td><td>Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral.</td><td>Column B<br>**Value of collateral<br>that supports this<br>claim**</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Describe debtor's property that is subject to a lien**

2017 Freightliner CORONADO                    **$52,685.00**          **$33,000.00**

**Describe the lien**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**      **9/28/2021**

**Last 4 digits of account number**      **1  0  0  2**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14  Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Creditor's email address, if known**

_____

**Date debt was incurred**   __11/23/2021__

**Last 4 digits of account**   **3  0  0  1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Freightliner CORONADO

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim: $112,643.31**

**Value of collateral: $37,000.00**

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) | **24-51118** |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Describe debtor's property that is subject to a lien**

2019 Freightliner CORONADO

**$118,963.96**     **$40,000.00**

**Describe the lien**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**     12/29/2021

**Last 4 digits of account number**     5  0  0  1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Describe debtor's property that is subject to a lien**

2024 Utility Trailer Manufacturer, 2024 Utility Trailer Manufacturer, 2024 Utility Trailer Manufacturer, 2024 Utility Trailer Manufacturer, 2024 Utility Trailer Manufacturer

**$454,169.28**      **$400,000.00**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      **5/30/2023**

**Last 4 digits of account number**      **1  0  0  1**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.17** **Creditor's name**

**BMO Harris Bank N.A. ISAOA**

**Creditor's mailing address**

**3925 Fountains Blvd Ne Ste 105**

**Cedar Rapids, IA 52411-6620**

**Creditor's email address, if known**

**Date debt was incurred**      **5/30/2023**

**Last 4 digits of account number**     **6  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Utility Trailer Manufacturer, 2022 Utility Trailer Manufacturer, 2022 Utility Trailer Manufacturer, 2022 Utility Trailer Manufacturer, 2022 Utility Trailer Manufacturer

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$398,249.58

$300,000.00

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) **24-51118** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18 Creditor's name**

**Celtic Bank**

**Creditor's mailing address**

**268 S State St Ste 300**

**Salt Lake Cty, UT 84111-5314**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **5  1  7  6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$111,761.34      unknown

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

**Daimler Truck Financial Services USA LLC**

**Describe debtor's property that is subject to a lien**

$27,764.71          unknown

**Creditor's mailing address**

**14732 Heritage Pkwy, Suite 400**

**Fort Worth, TX 76177**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) __24-51118__ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.20** Creditor's name

**FALCON EQUIPMENT FINANCE**

Creditor's mailing address

**28 11th Ave S Ste 103**

**Saint Cloud, MN 56301-6448**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account  **8  0  0  0**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2015 Freightliner CORONADO                                  $34,919.95        $25,000.00

Describe the lien

**Capital Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Bronco Trucking, LLC | Case number (if known) 24-51118 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** **Creditor's name**

FALCON EQUIPMENT FINANCE

**Creditor's mailing address**

28 11th Ave S Ste 103

Saint Cloud, MN 56301-6448

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** 8 0 0 1
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2005 Kenworth

**Describe the lien**

Capital Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$69,420.39**    **$20,000.00**

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22** Creditor's name

**FIRST CITIZENS BANK & TRUST COMPANY**

Creditor's mailing address

**c/o Weltman, Weinberg & Reis Co., LPA**

**965 Keynote Cir**

**Independence, OH 44131-1829**

Creditor's email address, if known

_____

Date debt was incurred      **2/5/2020**

Last 4 digits of account      **2  0  0  0**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2016 Freightliner CL 120G      **$17,741.13**      **$20,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Bronco Trucking, LLC** _____  Case number (if known) **24-51118** _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.23** Creditor's name

**FIRST CITIZENS BANK & TRUST COMPANY**

Creditor's mailing address

**21146 Network Pl**

**Chicago, IL 60673-1211**

Creditor's email address, if known

Date debt was incurred **6/10/2023**

Last 4 digits of account number **0 0 0 0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2016 Freightliner CASCADIA, 2020 Utility Trailer Manufacturer

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$43,623.75**     **$50,000.00**

| Debtor | Bronco Trucking, LLC | Case number (if known) 24-51118 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.24** **Creditor's name**

**FIRST CITIZENS BANK & TRUST COMPANY**

**Creditor's mailing address**

**21146 Network Pl**

**Chicago, IL 60673-1211**

**Creditor's email address, if known**

**Date debt was incurred**     3/24/2022

**Last 4 digits of account number**     2  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Freightliner CORONADO, 2016 Freightliner CORONADO     **$230,172.93**     **$65,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.25** **Creditor's name**

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

**Describe debtor's property that is subject to a lien**

2018 Freightliner CORONADO                                    $88,280.12         $35,000.00

**Describe the lien**

_____

**Creditor's mailing address**

**Po Box 685**

**Roanoke, TX 76262-0685**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** __11/15/2021__

**Last 4 digits of account number** __6   0   0   1__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.26** Creditor's name

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

Describe debtor's property that is subject to a lien

2020 Freightliner CASCADIA                    **$53,300.93**        **$40,000.00**

**Describe the lien**

Creditor's mailing address

**Po Box 685**

**Roanoke, TX 76262-0685**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred          **6/8/2020**

Last 4 digits of account number          **1  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27** Creditor's name

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

Describe debtor's property that is subject to a lien

2020 Freightliner CASCADIA — $56,266.46 — $40,000.00

Describe the lien

Creditor's mailing address

**Po Box 685**

**Roanoke, TX 76262-0685**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred     **6/1/2020**

Last 4 digits of account number     **3   0   0   1**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.28** **Creditor's name**

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

**Creditor's mailing address**

**Po Box 685**

**Roanoke, TX 76262-0685**

**Creditor's email address, if known**

**Date debt was incurred** **8/1/2020**

**Last 4 digits of account number** **4 0 0 1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Freightliner CASCADIA

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$59,062.27**

Column B: **$40,000.00**

Debtor  **Bronco Trucking, LLC**
_____
Name

Case number (if known)  **24-51118**
_____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.29** Creditor's name

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

Creditor's mailing address

**Po Box 685**

**Roanoke, TX 76262-0685**

Creditor's email address, if known
_____

Date debt was incurred      **11/1/2020**

Last 4 digits of account number    **5  0  0  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2020 Freightliner CASCADIA

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,460.41**

**$40,000.00**

| Debtor | **Bronco Trucking, LLC** | Case number (if known) __24-51118__ |
|---|---|---|
| | Name | |

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

| 2.30 | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**2.30**  Creditor's name

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC**

Describe debtor's property that is subject to a lien

2018 Freightliner CORONADO                                    **$51,268.67**            **$25,000.00**

**Describe the lien**
_____

Creditor's mailing address

**Po Box 685**

**Roanoke, TX 76262-0685**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred        **11/1/2020**

Last 4 digits of account number      **4  0  0  1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **Bronco Trucking, LLC** | | Case number (if known) __24-51118__ |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.31** Creditor's name

**Small Business Administration**

Creditor's mailing address

**U.S. Small Business Admin**

**2120 Riverfront Dr Ste 100**

**Little Rock, AR 72202-1794**

Creditor's email address, if known

_____

Date debt was incurred __5/7/2024__

Last 4 digits of account number __8  2  0  9__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$150,000.00**      **unknown**

**Remarks:** COVID-19 Economic Injury Disaster Loan

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.32** Creditor's name

**THE HUNTINGTON NATIONAL BANK**

Creditor's mailing address

**41 S High St**

**Columbus, OH 43215-3406**

Creditor's email address, if known

Date debt was incurred    **8/17/2021**

Last 4 digits of account number    **1  5  0  0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2018 Utility Trailer Manufacturer

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$21,757.20**    **$25,000.00**

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.33** Creditor's name

**THE HUNTINGTON NATIONAL BANK**

Creditor's mailing address

**41 S High St**

**Columbus, OH 43215-3406**

Creditor's email address, if known

Date debt was incurred **11/19/2021**

Last 4 digits of account number **1 5 0 1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Utility Trailer Manufacturer, 2018 Utility Trailer Manufacturer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$56,388.16**  **$50,000.00**

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.34** **Creditor's name**

**US Bank Marshall Equipment Finance**

**Describe debtor's property that is subject to a lien**

<u>unknown</u>          <u>unknown</u>

**Creditor's mailing address**

**1310 Madrid St**

**Marshall, MN 56258-4099**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Bronco Trucking, LLC** | Case number (if known) **24-51118** |
|---|---|---|
| | Name | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Lien Solutions** <br> **2929 Allen Pkwy # 100** <br> **Houston, TX 77019-7100** | Line 2. **18** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **35** of **35**

| Fill in this information to identify the case: |
|---|
| Debtor name **Bronco Trucking, LLC** |
| United States Bankruptcy Court for the: |
| **Western District of Texas** |
| Case number (if known): **24-51118** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** unknown      **Priority amount** unknown

**2.2** Priority creditor's name and mailing address

**Texas Comptroller of Public Account**

**Attn: Bankruptcy**

**Po Box 149359**

**Austin, TX 78714-9359**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** unknown      **Priority amount** unknown

| Debtor | **Bronco Trucking, LLC** | | Case number *(if known)* | **24-51118** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bank Of America**

**PO Box 26012**

**Greensboro, NC 27410**

Date or dates debt was incurred _____

Last 4 digits of account number     L   L   Y   )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $9,156.79**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank Of America**

**PO Box 26012**

**Greensboro, NC 27410**

Date or dates debt was incurred _____

Last 4 digits of account number     L   L   Y   )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $163,276.55**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank Of America**

**PO Box 26012**

**Greensboro, NC 27410**

Date or dates debt was incurred _____

Last 4 digits of account number     3  __ L   )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $9,959.70**

---

**3.4** Nonpriority creditor's name and mailing address

**Bank Of America**

**PO Box 26012**

**Greensboro, NC 27410**

Date or dates debt was incurred _____

Last 4 digits of account number     6  __ E   )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $10,194.95**

---

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | **24-51118** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

**Capital One**

**Attn: General Correspondence/Bankruptcy**

**PO Box 30285**

**Salt Lake City, UT 84130-0287**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    4    4    ___    L

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,716.07

---

**3.7** **Nonpriority creditor's name and mailing address**

**Steamboat Transportation Group**

**105 Continental Pl Ste 200**

**Brentwood, TN 37027-1053**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,000.00

---

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | **24-51118** |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

---

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$264,304.06** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$264,304.06** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bronco Trucking, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **24-51118** Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | AMUR EQUIPMENT FINANCE INC |
| | | Contract to be ASSUMED | 304 W 3rd St |
| | State the term remaining | 0 months | Grand Island, NE 68801-5941 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | BALBOA CAPITAL CORPORATION |
| | | | 575 Anton Blvd Fl 12 |
| | State the term remaining | 0 months | Costa Mesa, CA 92626-7169 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | BALBOA CAPITAL CORPORATION |
| | | | 575 Anton Blvd Fl 12 |
| | State the term remaining | 0 months | Costa Mesa, CA 92626-7169 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | BALBOA CAPITAL CORPORATION |
| | | | 575 Anton Blvd Fl 12 |
| | State the term remaining | 0 months | Costa Mesa, CA 92626-7169 |
| | List the contract number of any government contract | | |

| Debtor | **Bronco Trucking, LLC** | Case number *(if known)* | **24-51118** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | **BALBOA CAPITAL CORPORATION** |
| | | | **575 Anton Blvd Fl 12** |
| | State the term remaining | 0 months | **Costa Mesa, CA 92626-7169** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | **FALCON EQUIPMENT FINANCE** |
| | | | **28 11th Ave S Ste 103** |
| | State the term remaining | 0 months | **Saint Cloud, MN 56301-6448** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | **FALCON EQUIPMENT FINANCE** |
| | | | **28 11th Ave S Ste 103** |
| | State the term remaining | 0 months | **Saint Cloud, MN 56301-6448** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Bronco Trucking, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **24-51118**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Luis Poblete** | **10250 US Hwy 87 S**<br>Street<br><br>**Adkins, TX 78101**<br>City State ZIP Code | **Daimler Truck Financial Services USA LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **BMO Harris Bank N.A. ISAOA** | ☑ D<br>☐ E/F<br>☐ G |
| | | **THE HUNTINGTON NATIONAL BANK** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Celtic Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **AMUR EQUIPMENT FINANCE INC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **BALBOA CAPITAL CORPORATION** | ☑ D<br>☐ E/F<br>☐ G |
| | | **FALCON EQUIPMENT FINANCE** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                        Schedule H: Codebtors                        page 1 of __2__

| Debtor | **Bronco Trucking, LLC** | Case number (if known) | **24-51118** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| | | | **US Bank Marshall Equipment Finance** | ☑ D  ☐ E/F  ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ **Bronco Trucking, LLC** _____ |
| United States Bankruptcy Court for the: |
| _____ **Western District of Texas** _____ |
| Case number (if known): _____ **24-51118** _____ Chapter __**11**__ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................

   **$2,824,725.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................

   **$2,824,725.65**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$2,928,207.63**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   **+   $264,304.06**

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

   **$3,192,511.69**

| Fill in this information to identify the case: |
|---|
| Debtor name       **Bronco Trucking, LLC** |
| United States Bankruptcy Court for the: <br> **Western District of Texas** |
| Case number (if known):    **24-51118** |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$2,032,552.30** |
| **For prior year:** | From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☑ Other **ERC Credit** | **$6,331,924.56** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$8,096,913.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    24-51118-cag   Doc#32   Filed 07/01/24   Entered 07/01/24 23:29:05   Main Document    Pg 61 of
          Bronco Trucking, LLC                                    85                                      24-51118
          Name                                                    Case number *(if known)*

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| **3.1. Wex Bank/ Wex Inc/EFS**<br>Creditor's name<br>**1 Hancock St**<br>Street<br><br>**Portland, ME 04101-4217**<br>City          State     ZIP Code | | **$811,855.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2. AmTrust Financial Services, Inc.**<br>Creditor's name<br>**59 Maiden Lane**<br>Street<br><br>**New York, NY 10038**<br>City          State     ZIP Code | | **$69,641.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance** |
| **3.3. TERRANOVA PROPERTIES, LLC**<br>Creditor's name<br>**3267 Bee Caves Rd Ste 107-350**<br>Street<br><br>**Austin, TX 78746-6700**<br>City          State     ZIP Code | | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| **3.4. Doggett Freightliner**<br>Creditor's name<br>**8700 IH-10 EAST**<br>Street<br><br>**Converse, TX 78109**<br>City          State     ZIP Code | | **$49,052.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.5. Texas Department of Motor Vehicles (TxDMV)**<br>Creditor's name<br>**4000 Jackson Ave**<br>Street<br><br>**Austin, TX 78731-6007**<br>City          State     ZIP Code | | **$33,522.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Annual Registration** |

Debtor 24-51118-cag Doc#32 Filed 07/01/24 Entered 07/01/24 23:29:05 Main Document Pg 62 of
Bronco Trucking, LLC 85 Case number *(if known)* 24-51118
Name

3.6. **Beasley Tire Service**                          **$20,311.82**
Creditor's name

**1015 Se Loop 410**
Street




**San Antonio, TX 78220-2626**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.7. **TxTag**                          **$13,301.24**
Creditor's name

**Po Box 650749**
Street




**Dallas, TX 75265-0749**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Toll Fees**

3.8. **FleetPride**                          **$11,639.50**
Creditor's name

**5122 Dietrich Rd Ste 108**
Street




**San Antonio, TX 78219-2920**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.9. **W & B Service Co**                          **$11,068.46**
Creditor's name

**8803 I-10 Frontage Rd**
Street




**Converse, TX 78109**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.10. **Samsara**                          **$11,064.38**
Creditor's name

**1 De Haro St**
Street




**San Francisco, CA 94103-5205**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.11. **AJ's Tires**                          **$9,997.37**
Creditor's name

**14235 I-10 Frontage Rd**
Street




**Schertz, TX 78154**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.12. **Engine Oil Depot**                          **$8,578.43**
Creditor's name

**17317 Bell North Dr**
Street




**Schertz, TX 78154-3326**
City            State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

Debtor **Bronco Trucking, LLC**
Name

Case number *(if known)* **24-51118**

---

3.13. **Utility Trailer Sales Southeast Texas, Inc.**
Creditor's name

**3535 Fm 1516 N**
Street

**Converse, TX 78109-3514**
City          State          ZIP Code

**$7,453.97**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.14. **AmTrust Financial Services, Inc.**
Creditor's name

**59 Maiden Lane**
Street

**New York, NY 10038**
City          State          ZIP Code

**$33,740.44**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **NA Technology**

3.15. **Karlos Medina Mechanic**
Creditor's name

**203 Kelly Dr**
Street

**San Antonio, TX 78214-1809**
City          State          ZIP Code

**$25,298.00**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.16. **Pablo Guevara Mechanic**
Creditor's name

**15751 Ess Rd**
Street

**Atascosa, TX 78002-4729**
City          State          ZIP Code

**$11,733.00**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.17. **Refuz Nava Truck Repair**
Creditor's name

**FM 1346**
Street

**San Antonio, TX 78220**
City          State          ZIP Code

**$8,640.00**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.18. **Illinois Tollway**
Creditor's name

**2700 Ogden Ave**
Street

**Downers Grove, IL 60515-1703**
City          State          ZIP Code

**$58,311.70**

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **IL Tolls**

---

Debtor  **Bronco Trucking, LLC**
_____
Name

Case number *(if known)*  **24-51118**

---

3.19.  **BALBOA CAPITAL CORPORATION**                    **$8,393.00**
Creditor's name

**575 Anton Blvd Fl 12**
Street

**Costa Mesa, CA 92626-7169**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.20.  **BMO Harris Bank**                    **$16,393.00**
Creditor's name

**3925 Fountains Blvd Ne**
Street

**Cedar Rapids, IA 52411-6619**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.21.  **First Commercial Bank**                    **$21,501.21**
Creditor's name

**1336 E. Corp Street**
Street

**Seguin, TX 78155**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.22.  **THE HUNTINGTON NATIONAL BANK**                    **$4,194.12**
Creditor's name

**41 S High St**
Street

**Columbus, OH 43215-3406**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.23.  **Celtic Bank**                    **$11,843.24**
Creditor's name

**268 S State St Ste 300**
Street

**Salt Lake Cty, UT 84111-5314**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.24.  **CIT**                    **$7,421.67**
Creditor's name

**21146 Network Place**
Street

**Chicago, IL 60673**
City                          State        ZIP Code

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.25.  **Bank Of America**                    **$99,957.55**
Creditor's name

**Po Box 982284**
Street

**El Paso, TX 79998-2284**
City                          State        ZIP Code

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 5

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **TERRANOVA PROPERTIES, LLC** <br> Creditor's name <br><br> **3267 Bee Caves Rd Ste 107-350** <br> Street <br><br><br> **Austin, TX 78746-6700** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br><br> **Manager's Entity** | **07/05/2023** <br><br> **08/07/2023** <br><br> **09/06/2023** <br><br> **10/04/2023** <br><br> **11/06/2023** <br><br> **12/11/2023** <br><br> **01/04/2024** <br><br> **02/01/2024** <br><br> **03/04/2024** <br><br> **04/04/2024** <br><br> **05/08/2024** <br><br> **05/28/2024** | **$74,018.00** | **Rent** |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | | | |

**6.**    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

     Name

6.1.

_____      _____    _____   _____

     Creditor's name

_____      XXXX– __ __ __ __

     Street

_____

_____

     City            State     ZIP Code

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | _____ | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | _____ | |
| | | | City    State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | _____ | **Case title** | **Court name and address** |
| | Street | _____ | |
| | _____ | | Name |
| | _____ | **Case number** | _____ |
| | City    State    ZIP Code | _____ | Street |
| | | | _____ |
| | | **Date of order or assignment** | _____ |
| | | _____ | City    State    ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor **Bronco Trucking, LLC**
Name

Case number *(if known)* **24-51118**

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Cru (U.S. Ministry)** <br> Recipient's name <br><br> **100 Lake Hart Drive** <br> Street <br><br><br> **Orlando, FL 32832** <br> City    State    ZIP Code | **Charity Donation** | **7/3/2023** | **$4,617.79** |
| | Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Smeberg Law Firm, PLLC** | **Attorney's Fee** | **04/05/2024** | **$2,000.00** |
| | Address | **Attorney's Fee** | **05/21/2024** | **$3,000.00** |
| | **4 Imperial Oaks Imperial Oaks** <br> Street | **Attorney's Fee & Filing Fee** | **06/06/2024** | **$10,000.00** |
| | **San Antonio, TX 78248** <br> City    State    ZIP Code | | | |
| | Email or website address <br> **ron@smeberg.com** | | | |
| | Who made the payment, if not debtor? <br> **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❏ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Eduardo Castillo | 2017 Freightliner CASCADIA. VIN: 3ALXGF002HDGX5582. A total of $164,255.12 was received from Eduardo Castillo. Currently Leased | 10/22/2023 | $164,255.12 |
| | Address | | | |
| | 126 Hosack Ave | | | |
| | Street | | | |
| | San Antonio, TX 78211-1314 | | | |
| | City                    State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | Contracted Employee | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Ivan Grill | 2017 Freightliner CASCADIA. VIN: 3ALXGF009HDHS9976. A total of $162,000 was paid by Ivan Grill. Currently Leased | 12/15/2023 | $162,000.00 |
| | Address | | | |
| | 704 Nw 89th Ave | | | |
| | Street | | | |
| | Plantation, FL 33324-1124 | | | |
| | City                    State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | Contracted Employee | | | |

Name

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Luis Enrique** | **2017 FGHT CASCADIA 3ALXGF006HDHK8722** | **2/15/2023** | **$160,150.00** |
| | Address | | | |
| | **10630 Penelope Way** | | | |
| | Street | | | |
| | | | | |
| | **Converse, TX 78109-2066** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Contracted Employee** | | | |

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Utility Trailer Sales Southeast Texas, Inc.** | **6/30/2023 - 2018 Utility Reefer 3UTVS2537J8031405 ($34,500), 2018 Utility Reefer 3UTVS2530J8031407 ($35,000), 2018 Utility Reefer 3UTVS2534J8031409 ($34,500), 2017 Utility Reefer 1UYVS2535HU932313 ($29,000), 2017 Utility Reefer 1UYVS2538HU867215 ($28,500), 2018 Utility Reefer 3UTVS2533J8337470 ($35,000), and 2018 Utility Reefer 3UTVS2535J8337471 ($34,500) 7/1/2023 - 2020 Utility Reefer 3UTVS2533L8892714 ($46,500), 2020 Utility Reefer 3UTVS2537L8892716 ($46,500) 12/8/2022 - 2017 Utility Reefer 1UYVS2533HU932312 ($40,000), 2017 Utility Reefer 1UYVS2537HU932314 ($40,000), 2017 Utility Reefer 1UYVS2539HU932315 ($40,000), 2017 Utility Reefer 1UYVS2530XHU867216 ($40,000)** | **Various** | **$531,000.00** |
| | Address | | | |
| | **3535 Fm 1516 N** | | | |
| | Street | | | |
| | | | | |
| | **Converse, TX 78109-3514** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Vendor** | | | |

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Boss JCB** | **Tractor** | **10/8/2022** | **$65,000.00** |
| | Address | | | |
| | **3744 Se Loop 410** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio, TX 78222-3907** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Vendor** | | | |

| Debtor | Bronco Trucking, LLC | | Case number *(if known)* | 24-51118 |
|---|---|---|---|---|
| | Name | | | |

---

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Doggett Freightliner** | **2018 RED Freightliner Cascadia LP# R368442 VIN#3ALXGF003JDJS7481 ($68,000) 2018 Gray Freightliner Cascadia VIN#3ALXGF004JDJS7599 ($66,000)** | **10/8/2022** | **$133,000.00** |
| | **Address** | | | |
| | **8700 IH-10 EAST**<br>Street | | | |
| | **Converse, TX 78109**<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Vendor** | | | |

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Rogelio Fernando Cantu** | **Mr. Cantu is purchasing a Freightliner Coronodo Truck 710. He started to purchase on March 17, 2020, by paying Bronco $1938 monthly when payment owed by bronco to the bank is $1519. Cantu is behind on his payments because truck needed repairs he could not afford. Rogelio still owes Debtor $21,963.00** | | **(Unknown)** |
| | **Address** | | | |
| | **741 W Glenn Ave**<br>Street | | | |
| | **San Antonio, TX 78225-1513**<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Employee** | | | |

| 13.8. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Shedrack Meheux** | **Buyer is paying $2367.10 monthly to Debtor to purchase a Freightliner Coronado number 724. He still owes Debtor $80545.00** | | **(Unknown)** |
| | **Address** | | | |
| | **261 Hempstead Dr**<br>Street | | | |
| | **Somerset, NJ 08873-3975**<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

---

Debtor __Bronco Trucking, LLC__                                    Case number (if known) __24-51118__

     Name

14.1. _____

     Street

     _____

     _____

     City     State   ZIP Code

From _____ To _____

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City   State   ZIP Code | _____ _____ | Check all that apply: ☐ Electronically ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   **Bronco Trucking, LLC**
Name

Case number *(if known)*   **24-51118**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Ivan Grill (Insider)** <br> Name <br><br> **126 Hosack Ave** <br> Street <br><br><br> **San Antonio**　　　**TX**　　**78211** <br> City　　　　State　　ZIP Code | | ~~2017 Freightliner CASCADIA, VIN 3ALXGF002HDGX5582, Unit 702. Paid Debtor for truck but title not yet transferred.~~ | **$25,000.00** |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Case number** | Name <br><br> Street <br><br><br> City　　　　　State　　ZIP Code | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br><br> Street <br><br><br> City　　　State　　ZIP Code | Name <br><br> Street <br><br><br> City　　　　State　　ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

Debtor  **Bronco Trucking, LLC**                                    Case number *(if known)*  **24-51118**
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| | | _____ | |
| Street | Street | | |
| | | _____ | |
| City          State   ZIP Code | City          State   ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ | _____ | EIN:  __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| | | |
| City          State   ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Ray CPA PC**<br>Name | From **9/2009**   To **current** |
| **3000 Joe Dimaggio Blvd Ste 91**<br>Street | |
| **Round Rock, TX 78665-3992**<br>City          State          ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Luis J Poblete**<br>Name | From **9/10/2009**   To **current** |
| **10250 Us Highway 87 S**<br>Street | |
| **Adkins, TX 78101-1906**<br>City          State          ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. **Ray CPA PC** | | | From **9/2009**    To **current** |
| Name | | | |
| **3000 Joe Dimaggio Blvd Ste 91** | | | |
| Street | | | |
| | | | |
| **Round Rock, TX 78665-3992** | | | |
| City | State | ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Luis J Poblete** | |
| Name | |
| **10250 Us Highway 87 S** | |
| Street | |
| | |
| **Adkins, TX 78101-1906** | |
| City                State            ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| **Ray CPA PC** | |
| Name | |
| **3000 Joe Dimaggio Blvd Ste 91** | |
| Street | |
| | |
| **Round Rock, TX 78665-3992** | |
| City                State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| |
| Name |
| |
| Street |
| |
| |
| City                State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor    24-51118-cag   Doc#32   Filed 07/01/24   Entered 07/01/24 23:29:05   Main Document    Pg 76 of
     **Bronco Trucking, LLC**                           85            Case number *(if known)*       **24-51118**
      Name

**Name and address of the person who has possession of inventory records**

27.1.
_____
Name

_____
Street

_____

_____
City                State         ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Luis J Poblete** | **10250 Us Highway 87 S Adkins, TX 78101-1906** | **Director,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Luis Poblete** <br> Name <br> **10250 Us Highway 87 S** <br> Street <br><br> **Adkins, TX 78101-1906** <br> City   State   ZIP Code <br><br> Relationship to debtor <br><br> **Manager** | $653.04 | 6/20/2023 | **Compensation and Withdrawals** |
| | $10,000 | 7/7/2023 | |
| | $10,000 | 7/14/2023 | |
| | $10,000 | 8/1/2023 | |
| | $5,166.82 | 8/16/2023 | |
| | $10,000 | 9/1/2023 | |
| | $5,000 | 9/18/2023 | |
| | $2,156.57 | 9/19/2023 | |
| | $5,000 | 10/16/2023 | |
| | $2,743.14 | 10/19/2023 | |
| | $10,000 | 11/16/2023 | |
| | $2,217.29 | 11/20/2023 | |
| | $5,000 | 12/18/2023 | |

24-51118-cag  Doc#32  Filed 07/01/24  Entered 07/01/24 23:29:05  Main Document  Pg 77 of 85

|  | Amount | Date |
|---|---|---|
|  | $2,169.20 | 12/19/2023 |
|  | $10,000 | 1/16/2024 |
|  | $909.91 | 1/19/2024 |
|  | $2,159.37 | 2/20/2024 |
|  | $10,000 | 2/23/2024 |
|  | $10,000 | 3/19/2024 |
|  | $1,175.33 | 3/19/2024 |
|  | $10,000 | 4/2/2024 |
|  | $1,322.34 | 4/18/2024 |
|  | $10,000 | 5/2/2024 |
|  | $143.55 | 5/17/2024 |
|  | $10,000 | 5/23/2024 |
|  | $73.10 | 6/5/2024 |
|  | $5,000 | 6/6/2024 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Eva Mullen**<br>Name<br>**10250 Us Highway 87 S**<br>Street<br><br>**Adkins, TX 78101-1906**<br>City    State    ZIP Code<br><br>Relationship to debtor<br><br>**Insider** | $1,403.85 - Compensation | 3/15/2024 | **Compensation and Reimbursement** |
|  | $1,403.85 - Compensation | 3/22/2024 |  |
|  | $1,153.85 - Compensation | 10/16/2023 |  |
|  | $1,153.85 - Compensation | 10/16/2023 |  |
|  | $1,153.85 - Compensation | 10/20/2023 |  |
|  | $1,153.85 - Compensation | 10/27/2023 |  |
|  | $1,153.85 - Compensation | 11/3/2023 |  |
|  | $1,153.85 - Compensation | 11/10/2023 |  |
|  | $1,153.85 - Compensation | 11/24/2023 |  |
|  | $1,153.85 - Compensation | 12/1/2023 |  |
|  | $1,153.85 - Compensation | 12/8/2023 |  |
|  | $1,153.85 - Compensation | 12/15/2023 |  |
|  | $1,153.85 - Compensation | 12/22/2023 |  |
|  | $1,153.85 - Compensation | 12/29/2023 |  |
|  | $1,153.85 - Compensation | 1/5/2024 |  |
|  | $1,153.85 - Compensation | 1/12/2024 |  |
|  | $1,153.85 - Compensation | 1/19/2024 |  |
|  | $1,153.85 - Compensation | 1/26/2024 |  |
|  | $1,153.85 - Compensation | 2/2/2024 |  |
|  | $1,153.85 - Compensation | 2/9/2024 |  |
|  | $1,153.85 - Compensation | 2/16/2024 |  |

|  | Amount of money or description and value of property | Dates |  |
|---|---|---|---|
|  | **$1,153.85 - Compensation** | **2/23/2024** |  |
|  | **$1,153.85 - Compensation** | **3/1/2024** |  |
|  | **$1,153.85 - Compensation** | **3/8/2024** |  |
|  | **$1,153.85 - Compensation** | **3/29/2024** |  |
|  | **$1,153.85 - Compensation** | **4/5/2024** |  |
|  | **$1,153.85 - Compensation** | **4/12/2024** |  |
|  | **$1,153.85 - Compensation** | **4/19/2024** |  |
|  | **$1,153.85 - Compensation** | **4/26/2024** |  |
|  | **$1,153.85 - Compensation** | **5/3/2024** |  |
|  | **$1,153.85 - Compensation** | **5/10/2024** |  |
|  | **$1,153.85 - Compensation** | **5/17/2024** |  |
|  | **$1,153.85 - Compensation** | **5/24/2024** |  |
|  | **$1,153.85 - Compensation** | **5/31/2024** |  |
|  | **$1,153.85 - Compensation** | **6/7/2024** |  |
|  | **$1,153.85 - Compensation** | **6/14/2024** |  |
|  | **$450 - Reimbursement for Counsel Stan Springerly** | **3/29/2024** |  |
|  | **$3,676.28 - Reimbursement for Debtor Tolls, Ipass and Gas** | **4/22/2024** |  |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Philip Bechard** <br> Name <br> **10250 Us Highway 87 S** <br> Street <br><br> **Adkins, TX 78101-1906** <br> City                State        ZIP Code <br><br> Relationship to debtor <br><br> **Insider Relative** | **$500.00 - Payroll** | **06/22/2023** | **Payroll and Reimbursement** |
|  |  | **$102.25 - Reimbursement** | **06/22/2023** |  |
|  |  | **$1,638.52 - Payroll** | **06/29/2023** |  |
|  |  | **$1,169.25 - Reimbursement** | **06/29/2023** |  |
|  |  | **$483.52 - Payroll** | **07/06/2023** |  |
|  |  | **$141.64 - Reimbursement** | **07/06/2023** |  |
|  |  | **$500.00 - Payroll** | **07/13/2023** |  |
|  |  | **$195.50 - Reimbursement** | **07/13/2023** |  |
|  |  | **$44.90 - Reimbursement** | **07/20/2023** |  |
|  |  | **$500.00 - Payroll** | **07/20/2023** |  |
|  |  | **$500.00 - Payroll** | **07/27/2023** |  |
|  |  | **$213.33 - Reimbursement** | **07/27/2023** |  |
|  |  | **$88.16 - Reimbursement** | **08/03/2023** |  |
|  |  | **$612.48 - Payroll** | **08/03/2023** |  |
|  |  | **$1,169.36 - Payroll** | **08/10/2023** |  |
|  |  | **$380.71 - Reimbursement** | **08/10/2023** |  |

24-51118-cag  Doc#32  Filed 07/01/24  Entered 07/01/24 23:29:05  Main Document  Pg 79 of 85

|  |  |
|---|---|
| $500.00 - Payroll | 08/17/2023 |
| $39.89 - Reimbursement | 08/24/2023 |
| $500.00 - Payroll | 08/24/2023 |
| $400.00 - Payroll | 08/31/2023 |
| $904.99 - Reimbursement | 08/31/2023 |
| $447.35 - Reimbursement | 09/07/2023 |
| $1,209.25 - Payroll | 09/07/2023 |
| $500.00 - Payroll | 09/14/2023 |
| $789.70 - Payroll | 09/21/2023 |
| $1,083.17 - Reimbursement | 09/21/2023 |
| $1,343.00 - Payroll | 09/28/2023 |
| $605.79 - Reimbursement | 09/28/2023 |
| $1,471.92 - Reimbursement | 10/05/2023 |
| $450.00 - Payroll | 10/05/2023 |
| $38.93 - Reimbursement | 10/12/2023 |
| $500.00 - Payroll | 10/12/2023 |
| $40.02 - Reimbursement | 10/19/2023 |
| $500.00 - Payroll | 10/19/2023 |
| $500.00 - Payroll | 10/26/2023 |
| $500.00 - Payroll | 11/02/2023 |
| $500.00 - Payroll | 11/09/2023 |
| $90.60 - Reimbursement | 11/09/2023 |
| $154.88 - Reimbursement | 11/16/2023 |
| $863.50 - Payroll | 11/16/2023 |
| $600.00 - Payroll | 11/22/2023 |
| $300.00 - Payroll | 11/30/2023 |
| $575.00 - Payroll | 12/07/2023 |
| $19.93 - Reimbursement | 12/07/2023 |
| $500.00 - Payroll | 12/14/2023 |
| $500.00 - Payroll | 12/21/2023 |
| $500.00 - Payroll | 12/28/2023 |
| $106.21 | 12/28/2023 |
| $63.70 - Reimbursement | 01/04/2024 |
| $720.50 - Payroll | 01/04/2024 |
| $712.95 - Reimbursement | 01/11/2024 |
| $1,995.50 - Payroll | 01/11/2024 |
| $500.00 - Payroll | 01/18/2024 |

| | |
|---|---|
| $600.00 - Payroll | 01/25/2024 |
| $500.00 - Payroll | 02/01/2024 |
| $500.00 - Payroll | 02/08/2024 |
| $37.93 - Reimbursement | 02/08/2024 |
| $20.93 - Reimbursement | 02/15/2024 |
| $500.00 - Payroll | 02/15/2024 |
| $500.00 - Payroll | 02/22/2024 |
| $500.00 - Payroll | 02/29/2024 |
| $585.50 - Payroll | 03/07/2024 |
| $24.70 - Reimbursement | 03/07/2024 |
| $500.00 - Payroll | 03/14/2024 |
| $62.40 - Reimbursement | 03/21/2024 |
| $716.00 - Payroll | 03/21/2024 |
| $500.00 - Payroll | 03/28/2024 |
| $500.00 - Payroll | 04/04/2024 |
| $500.00 - Payroll | 04/11/2024 |
| $500.00 - Payroll | 04/18/2024 |
| $65.00 - Reimbursement | 04/25/2024 |
| $750.00 - Payroll | 04/25/2024 |
| $550.00 - Payroll | 05/02/2024 |
| $500.00 - Payroll | 05/09/2024 |
| $107.20 - Reimbursement | 05/16/2024 |
| $500.00 - Payroll | 05/16/2024 |
| $500.00 - Payroll | 05/23/2024 |
| $575.00 - Payroll | 05/30/2024 |
| $500.00 - Payroll | 06/06/2024 |
| $575.00 - Payroll | 06/13/2024 |
| $1,515.15 - Reimbursement for Trl Rental Lease | 06/20/2023 |
| $1,515.15 - Reimbursement for Trl Rental Lease | 07/19/2023 |
| $1,515.15 - Reimbursement for Trl Rental Lease | 8/21/2023 |
| $1,515.15 - Reimbursement for Trl Rental Lease | 9/20/2023 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Jeanna Mullen** <br> Name <br> **10250 Us Highway 87 S** <br> Street <br> <br> **Adkins, TX 78101-1906** <br> City State ZIP Code | **$4,617.79 - Reimbursement** | **4/9/2024** | **Reimbursement for Ipass tolls / repairs / Luis expenses before hospital** |
| Relationship to debtor | | | |
| **Insider Relative** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Adrian Castro Mendivil Bechard** <br> Name <br> **213 Argonaut Dr** <br> Street <br> <br> **El Paso, TX 79912-6052** <br> City State ZIP Code | **$840.00 - Payroll** | **06/22/2023** | **Payroll and Reimbursement** |
| | **$214.76 - Reimbursement** | **06/29/2023** | |
| | **$840.00 - Payroll** | **06/29/2023** | |
| | **$840.00 - Payroll** | **07/06/2023** | |
| | **$840.00 - Payroll** | **07/13/2023** | |
| Relationship to debtor | **$840.00 - Payroll** | **07/20/2023** | |
| **Insider Relative** | **$640.00 - Payroll** | **07/27/2023** | |
| | **$100.00 - Payroll** | **07/28/2023** | |
| | **$840.00 - Payroll** | **08/01/2023** | |
| | **$400.00 - Reimbursement** | **08/01/2023** | |
| | **$840.00 - Payroll** | **08/10/2023** | |
| | **$840.00 - Payroll** | **08/17/2023** | |
| | **$840.00 - Payroll** | **08/24/2023** | |
| | **$840.00 - Payroll** | **08/31/2023** | |
| | **$840.00 - Payroll** | **09/07/2023** | |
| | **$840.00 - Payroll** | **09/14/2023** | |
| | **$840.00 - Payroll** | **09/21/2023** | |
| | **$100.00 - Payroll** | **10/05/2023** | |
| | **$150.00 - Payroll** | **10/12/2023** | |
| | **$100.00 - Payroll** | **10/19/2023** | |
| | **$100.00 - Payroll** | **10/20/2023** | |
| | **$150.00 - Payroll** | **10/26/2023** | |
| | **$150.00 - Payroll** | **11/10/2023** | |
| | **$150.00 - Payroll** | **11/16/2023** | |
| | **$200.00 - Payroll** | **11/22/2023** | |

24-51118-cag  Doc#32  Filed 07/01/24  Entered 07/01/24 23:29:05  Main Document  Pg 82 of 85

| | Amount | Date |
|---|---|---|
| | $100.00 - Payroll | 11/30/2023 |
| | $120.00 - Payroll | 12/07/2023 |
| | $80.00 - Payroll | 12/14/2023 |
| | $120.00 - Payroll | 12/21/2023 |
| | $180.00 - Payroll | 12/28/2023 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. **Jorge Macz** <br> Name <br> **Po Box 731** <br> Street <br> <br> **Glenwood, AR 71943-0731** <br> City          State          ZIP Code <br> <br> Relationship to debtor <br> <br> **Insider Relative** | **$9,800.00** | **06/26/2023** | **Contractor Pay** |
| | **$163.00** | **06/26/2023** | |
| | **$445.33** | **07/07/2023** | |
| | **$445.33** | **07/07/2023** | |
| | **$7,020.00** | **07/24/2023** | |
| | **$114.30** | **07/24/2023** | |
| | **$11,160.00** | **08/08/2023** | |
| | **$135** | **08/08/2023** | |
| | **$21,487.50** | **09/11/2023** | |
| | **$453.55** | **09/11/2023** | |
| | **$408.65** | **09/28/2023** | |
| | **$15,187.50** | **09/28/2023** | |
| | **$16,650.00** | **10/16/2023** | |
| | **$258.37** | **10/16/2023** | |
| | **$17,077.50** | **11/06/2023** | |
| | **$276.40** | **11/06/2023** | |
| | **$13,573.80** | **11/24/2023** | |
| | **$232.74** | **11/24/2023** | |
| | **$6,120.00** | **12/04/2023** | |
| | **$98.22** | **12/04/2023** | |
| | **$17,347.50** | **12/26/2023** | |
| | **$269.23** | **12/26/2023** | |
| | **$16,830.00** | **01/23/2024** | |
| | **$326.45** | **01/23/2024** | |
| | **$11,700.00** | **02/06/2024** | |
| | **$248.52** | **02/06/2024** | |
| | **$10,870.00** | **02/21/2024** | |
| | **$179.20** | **02/21/2024** | |
| | **$3,465.00** | **03/05/2024** | |
| | **$63.20** | **03/05/2024** | |

|  |  |  |  |
|---|---|---|---|
|  | **$11,835.00** | **03/18/2024** |  |
|  | **$183.75** | **03/18/2024** |  |
|  | **$9,810.00** | **04/01/2024** |  |
|  | **$102.54** | **04/01/2024** |  |
|  | **$1,234.87** | **05/29/2024** |  |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. **Ivan Grill**<br>Name<br>**704 Nw 89th Ave**<br>Street<br><br>**Plantation, FL 33324-1124**<br>City          State          ZIP Code<br><br>Relationship to debtor<br>**Insider Relative** | **$11,100.00** | **06/20/2023** | **Contractor Pay** |
|  | **$40.00** | **07/05/2023** |  |
|  | **$8,502.51** | **07/05/2023** |  |
|  | **$7,128.75** | **07/17/2023** |  |
|  | **$24.99** | **07/17/2023** |  |
|  | **$40.30** | **08/02/2023** |  |
|  | **$7,800.00** | **08/02/2023** |  |
|  | **$113.60** | **08/21/2023** |  |
|  | **$9,000.00** | **08/21/2023** |  |
|  | **$8,812.50** | **09/05/2023** |  |
|  | **$25.60** | **09/05/2023** |  |
|  | **$25.10** | **09/18/2023** |  |
|  | **$9,600.00** | **09/18/2023** |  |
|  | **$13,050.00** | **10/18/2023** |  |
|  | **$57.73** | **10/18/2023** |  |
|  | **$6,150.00** | **11/03/2023** |  |
|  | **$5.23** | **11/03/2023** |  |
|  | **$2,611.42** | **11/17/2023** |  |
|  | **$7,387.50** | **12/04/2023** |  |
|  | **$28.50** | **12/04/2023** |  |
|  | **$2,675.29** | **12/04/2023** |  |
|  | **$8,475.00** | **12/18/2023** |  |
|  | **$15.20** | **12/18/2023** |  |
|  | **$100** | **12/18/2023** |  |
|  | **$4,725.00** | **01/03/2024** |  |
|  | **$10,837.50** | **01/16/2024** |  |
|  | **$94.57** | **01/16/2024** |  |
|  | **$5,625.00** | **01/31/2024** |  |
|  | **$93.93** | **01/31/2024** |  |
|  | **$8,762.53** | **02/20/2024** |  |

|  | $13.25 | 02/20/2024 |  |
|---|---|---|---|
|  | $6,795.00 | 03/04/2024 |  |
|  | $14.80 | 03/04/2024 |  |
|  | $7,688.50 | 03/20/2024 |  |
|  | $22.13 | 03/20/2024 |  |
|  | $2,554.14 | 05/21/2024 |  |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.8. **Peter See**<br>Name<br>**11324 N 82nd Ave**<br>Street<br><br>**Peoria, AZ 85345-1060**<br>City    State    ZIP Code<br><br>Relationship to debtor<br><br>**Insider Relative** | **$10,440.00** | **06/20/2023** | **Contractor Pay** |
|  | $152.90 | 06/20/2023 |  |
|  | $10,971.25 | 07/05/2023 |  |
|  | $264.42 | 07/05/2023 |  |
|  | $6,720.00 | 07/20/2023 |  |
|  | $77.50 | 07/20/2023 |  |
|  | $8,040.00 | 08/04/2023 |  |
|  | $98.83 | 08/04/2023 |  |
|  | $9,770.00 | 08/17/2023 |  |
|  | $119.80 | 08/17/2023 |  |
|  | $10,914.85 | 09/05/2023 |  |
|  | $179.00 | 09/05/2023 |  |
|  | $9,200.00 | 09/19/2023 |  |
|  | $39.56 | 09/19/2023 |  |
|  | $6,480.00 | 10/04/2023 |  |
|  | $41.40 | 10/04/2023 |  |
|  | $5,860.00 | 11/16/2023 |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ — _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ — _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

24-51118-cag  Doc#32  Filed 07/01/24  Entered 07/01/24 23:29:05  Main Document  Pg 85 of 85

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **07/01/2024**
            MM/  DD/  YYYY

**X** **/s/ Luis J. Poblete**                              Printed name     **Luis J. Poblete**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes